1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LAMAR SHAY RODGERS,                    No.  2:15-cv-0361-MCE-EFB P

12              Plaintiff,

13        v.                                ORDER AND FINDINGS AND
                                            RECOMMENDATIONS
14   SHIN HYONAN, et al.,

15              Defendants.

16

17        Plaintiff is a state prisoner proceeding without counsel in a civil rights action pursuant to

18   42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28

19   U.S.C. § 636(b)(1).

20        On October 9, 2015, the court dismissed plaintiff's original complaint with leave to

21   amend.  That order explained the complaint's deficiencies and granted plaintiff thirty days in

22   which to file an amended complaint.  The time for acting has passed and plaintiff has not filed an

23   amended complaint or otherwise responded to the court's order.

24        A party's failure to comply with any order or with the Local Rules "may be grounds for

25   imposition by the Court of any and all sanctions authorized by statute or Rule or within the

26   inherent power of the Court."  E.D. Cal. Local Rule 110.  The court may dismiss an action with or

27   without prejudice, as appropriate, if a party disobeys an order or the Local Rules.  *See Ferdik v.*

28   *Bonzelet*, 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did not abuse discretion in

1

1  dismissing pro se plaintiff's complaint for failing to obey an order to re-file an amended

2  complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439,

3  1440-41 (9th Cir. 1988) (dismissal for pro se plaintiff's failure to comply with local rule

4  regarding notice of change of address affirmed).

5         Accordingly, it is hereby ORDERED that Clerk shall randomly assign a United States

6  District Judge to this case.

7         Further, it is RECOMMENDED that this action be dismissed.  Fed. R. Civ. P. 41(b); E. D.

8  Cal. Local Rule 110.

9         These findings and recommendations are submitted to the United States District Judge

10  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

11  after being served with these findings and recommendations, any party may file written

12  objections with the court and serve a copy on all parties.  Such a document should be captioned

13  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

14  objections shall be served and filed within fourteen days after service of the objections.  The

15  parties are advised that failure to file objections within the specified time may waive the right to

16  appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez

17  v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

18  Dated:  November 16, 2015.

19                                    EDMUND F. BRENNAN

20                                    UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

                                    2